# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PASHA HAYES,<br><br>   Plaintiff,<br><br>   vs.<br><br>THE PRUDENTIAL INSURANCE COMPANY OF AMERICA; JPMORGAN CHASE BANK GROUP LONG TERM DISABILITY PLAN,<br><br>   Defendants. | Case No. 2:17-cv-02081 WBS (EFBx)<br><br>**ORDER GRANTING STIPULATION TO DISMISS THE JPMORGAN CHASE BANK GROUP LONG TERM DISABILITY PLAN**<br><br>Judge:   Hon. William B. Shubb |

PURSUANT TO THE STIPULATION OF THE PARTIES, IT IS HEREBY ORDERED that Defendant JPMORGAN CHASE BANK GROUP LONG TERM DISABILITY PLAN (the "Plan") be dismissed from this action without prejudice, with the parties to bear their own attorneys' fees and costs directly related to the instant Stipulation to Dismiss the Plan and the dismissal of the Plan. Prudential shall remain the only named defendant in this action.

**IT IS SO ORDERED.**

Dated:  November 22, 2017

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

Case No. 2:17-cv-02081 WBS (EFBx)
ORDER GRANTING STIPULATION TO
DISMISS THE JPMORGAN CHASE BANK
GROUP LONG TERM DISABILITY PLAN

159553.1