# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PASHA HAYES,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>THE PRUDENTIAL INSURANCE COMPANY OF AMERICA; JPMORGAN CHASE BANK GROUP LONG TERM DISABILITY PLAN,<br><br>　　　　Defendants. | Case No. 2:17-cv-02081 WBS (EFBx)<br><br>**ORDER GRANTING STIPULATION FOR DISMISSAL OF ENTIRE ACTION WITH PREJUDICE** |

　　　Based upon the stipulation of the parties and for good cause shown, IT IS HEREBY ORDERED that this action, Case No. 2:17-cv-02081 WBS (EFBx), is dismissed in its entirety as to all defendants, with prejudice.

　　　IT IS HEREBY FURTHER ORDERED that each part shall bear her or its own attorneys' fees and costs in this matter.

　　　**IT IS SO ORDERED.**

**Dated: April 20, 2018**

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE